# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

KRISTEN WALTERS,

      Plaintiff,

vs.

GC SERVICES, LP; and DOES 1 through 10, inclusive,

      Defendants.

Case No. 5:14-cv-06078

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1), by and between Plaintiff Kristen Walters, and Defendant GC Services, LP, as follows:

1. The above captioned action was commenced on: July 10, 2014.

2. The above captioned action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

3. The parties hereby stipulate and respectfully request that the Court dismiss Plaintiff's Complaint in the above captioned action in its entirety, with prejudice, and Defendant GC Services, LP be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

**SO STIPULATED:**

| THE PROBST LAW FIRM, PA | HINSHAW & CULBERTSON LLP |
|---|---|
| *Attorneys for Plaintiff, Kristen Walters* | *Attorneys for Defendant, GC Services, LP* |
| By: /s/ **Raymond E. Probst, Jr.**<br>Raymond E. Probst, Jr. (MO49862)<br>827 Armstrong Ave.<br>Kansas City, KS 66101<br>913-281-0699<br>913-321-0199 Fax<br>rprobst@probst-law.com | By: /s/ **Carlos A. Ortiz**<br>Carlos A. Ortiz<br>222 N. La Salle Street, Suite 300<br>Chicago, IL 60601<br>(312) 704-3000<br>(312) 704-3001 Fax<br>cortiz@hinshawlaw.com |