# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| KRISTEN WALTERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-06078-CV-SJ-BP |
| | ) |
| GC SERVICES, LP, and DOES 1 through 10, inclusive, | ) |
| | ) |
| Defendants. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 12TH day of January, 2014, the parties herein having filed a Stipulation for Dismissal with Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Ann Thompson, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: 1/13/2015